## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,                )
                                         )
       Petitioner,               )
                                         )
v.                                       ) Case No. 8:14-mc-
                                         )
KEITH YOUNG,                             )
                                         )
       Respondent.               )

## PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and avers as follows:

1. This is an action for judicial enforcement of an Internal Revenue Service summons pursuant to 26 U.S.C. §§ 7402(b) and 7604(a). This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345.

2. Respondent Keith Young resides in Zephyrhills, Florida, within the jurisdiction of this Court.

3. Robert S. Swanson, a Revenue Officer of the Internal Revenue Service employed in the Office of the Area Director, Small Business/Self-Employed Compliance, at Tampa, Florida, is authorized to issue Internal Revenue Service summonses pursuant to 26 U.S.C. § 7602 and 26 C.F.R. § 301.7602-1.

4. Revenue Officer Swanson is conducting an investigation into the collection of the individual Federal income tax assessments of Respondent for the years ending 2007, 2008, 2009, and 2012, as well as an investigation into the collection of the individual Federal civil penalty assessments of Respondent for the periods ending June 30, 2006, March 31, 2009, and June 30, 2009. (Exhibit 1.)

5. Respondent has in his possession, custody, or control information, books, records, papers, and other data which may be relevant and material to the investigation.

6. To further his investigation of Respondent, and in accordance with 26 U.S.C. § 7602, on February 27, 2014, Revenue Officer Swanson issued an Internal Revenue Service summons directing Respondent to appear before him on March 20, 2014, to give testimony and to produce for examination and copying certain books, records, papers, or other data, as requested in the summons. (Exhibit 2.)

7. On February 27, 2014, in accordance with 26 U.S.C. § 7603, Revenue Officer Swanson served the summons on Respondent by leaving the summons at Respondent's last and usual place of abode, as evidenced by the Certificate of Service of Summons. (Exhibit 2.)

8. On March 20, 2014, Respondent failed to appear and comply with the summons.

9. Respondent's refusal to comply with the summons continues to the date of this Petition.

10. The information, books, papers, records, and other data sought by the summons are not already in the possession of the Internal Revenue Service.

11. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

12. A Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is not in effect with respect to Respondent for the years and periods at issue in this enforcement action.

13. It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to properly investigate the collection of Respondent's individual Federal income tax assessments for the years 2007, 2008, 2009, and 2012, as well as to properly investigate collection of Respondent's individual Federal civil penalty assessments for the periods ending June 30, 2006, March 31, 2009, and June 30, 2009. (Exhibit 1.)

WHEREFORE, the United States respectfully prays that this Court:

- 4 -

    a. Enter an order directing Respondent to show cause, if any, why he should not comply with and obey the summons and each and every requirement thereof;

    b. Direct the United States promptly to arrange for service of the Petition, the Exhibits, and the Order to Show Cause upon Respondent, such service to be effected by a duly authorized official of the Internal Revenue Service, by the United States Marshals Service, or by a private process server, at the option of the United States;

    c. If Respondent fails to show cause why he should not comply with and obey the summons, enter an Order directing Respondent to appear before Revenue Officer Robert S. Swanson, or any other designated officer of the Internal Revenue Service, at such time and place as may hereafter be fixed by Revenue Officer Swanson or his designee, to give testimony and produce for examination and copying the books, records, papers, and other data as demanded by the summons;

    d. Award the United States our costs in maintaining this action; and

e. Grant such other and further relief as is just and proper.

                              A. LEE BENTLEY, III
                              United States Attorney

By: *[signature]*
           JOHN F. RUDY, III
           Assistant U.S. Attorney
           Florida Bar Number 01367001
           400 N. Tampa Street
           Suite 3200
           Tampa, FL 33602
           Telephone: (813)-274-6000
           Facsimile: (813)-274-6200
           Email:  John.Rudy@usdoj.gov

Dated: July 2, 2014